# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **DONALD WAYNE GOOD** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3-06CV2133-K** |
| | § | |
| **THE CITY OF IRVING, TEXAS,** | § | |
| **IRVING POLICE DEPARTMENT,** | § | |
| **CHIEF OF POLICE FOR THE CITY** | § | |
| **OF IRVING AND FRED CURTIS** | § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1), **DONALD WAYNE GOOD**, the Plaintiff herein, does hereby stipulate that he is dismissing with prejudice all claims he has asserted herein, or could have asserted herein, against Defendants **FRED CURTIS A/K/A FREDERICK A. CURTIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; the CHIEF OF POLICE OF THE CITY OF IRVING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; the CITY OF IRVING POLICE DEPARTMENT; and the CITY OF IRVING,** and that all costs of court, expenses of any nature and attorney's fees shall be paid by the party incurring same.  Further, he requests that the Court sign the Agreed Order of Dismissal with Prejudice which is being forwarded to it contemporaneously with this Stipulation.

Respectfully submitted,


/s/ Mark Werbner
**MARK WERBNER**
State Bar No. 21179700
**CHRISTOPHER BANKLER**
State Bar No. 24066754
**SAYLES WERBNER, P.C.**
1201 Elm St., Suite 4400
Dallas, TX 75270
(214) 939-8700 Telephone
(214) 939-8787 Facsimile


**SEAN S. MODJARRAD**
State Bar No. 24027398
Modjarrad & Abussad Law Firm
100 N. Central Expressway, Suite 1000
Richardson, Texas 75080
(972) 789-1664 Telephone
(972) 789-1665 Facsimile


**ATTORNEYS OR PLAINTIFF
DONALD WAYNE GOOD**

**AGREED TO:**


/s/ Paul K. Pearce, Jr.
**PAUL K. PEARCE, JR.**
State Bar No. 15683600
**TIMOTHY A. DUNN**
State Bar No. 24050542
Matthews, Stein, Shiels,
Pearce, Knott, Eden & Davis, L.L.P.
8131 LBJ Freeway; Suite 700
Dallas, Texas 75251
(972) 234-3400 Telephone
(972) 234-1750 Facsimile


**ATTORNEY FOR DEFENDANTS
THE CITY OF IRVING, TEXAS,
IRVING POLICE DEPARTMENT,
CHIEF OF POLICE FOR THE CITY
OF IRVING AND FRED CURTIS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 31, 2011, I electronically filed the foregoing document with the clerk of the Court for the Northern District of Texas, Dallas Division, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Mr. Sean S. Modjarrad, MODJARRAD & ABUSSAD LAW FIRM, 100 N. Central Expressway, Suite 1000, Richardson, Texas 75080, and Mark Werbner, SAYLES WERBNER, P.C., 1201 Elm St., Suite 4400, Dallas, TX 75270.

_____          /s/ Paul K. Pearce, Jr.
_____
                                                  **PAUL K. PEARCE, JR.**