IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DONALD WAYNE GOOD** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3-06CV2133-K |
| | § | |
| **THE CITY OF IRVING, TEXAS,** | § | |
| **IRVING POLICE DEPARTMENT,** | § | |
| **CHIEF OF POLICE FOR THE CITY** | § | |
| **OF IRVING AND FRED CURTIS** | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff **DONALD WAYNE GOOD** and Defendants **FRED CURTIS A/K/A FREDERICK A. CURTIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; the CHIEF OF POLICE OF THE CITY OF IRVING, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; the CITY OF IRVING POLICE DEPARTMENT; and the CITY OF IRVING**, having announced to the Court that they have settled and compromised all matters in controversy between them and that the Plaintiff wishes to dismiss his claims against the Defendants with prejudice, with all costs of court, expenses of any nature, and attorney's fees be taxed against the party incurring same,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff **DONALD WAYNE GOOD**'s claims in the above styled and numbered cause are dismissed with prejudice, and that all of Plaintiff's claims against Defendants **CITY OF IRVING, THE IRVING POLICE DEPARTMENT, as well as the CHIEF OF POLICE FOR THE CITY OF IRVING and FRED CURTIS A/K/A FREDERICK A. CURTIS**, in their individual or official capacities**,** whether asserted or not, be, and they are hereby, dismissed with prejudice to Plaintiff's right to refile same;

2. That all costs of court, attorney's fees and any other costs or expenses of any nature be taxed against and paid by the party incurring same; and

3. All relief requested in this lawsuit and not expressly granted in this order is DENIED. This order disposes of all parties and all claims and is final for all purposes.

Signed on this the 5th day of April, 2011.

*Ed Kinkeade*
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO SUBSTANCE AND FORM:**


/s/ Mark Werbner
**MARK WERBNER**
State Bar No. 21179700
**CHRISTOPHER BANKLER**
State Bar No. 24066754
**SAYLES WERBNER, P.C.**
1201 Elm St., Suite 4400
Dallas, TX 75270
(214) 939-8700 Telephone
(214) 939-8787 Facsimile

**SEAN S. MODJARRAD**
State Bar No. 24027398
MODJARRAD & ABUSSAD LAW FIRM
100 N. Central Expressway, Suite 1000
Richardson, Texas 75080
(972) 789-1664 Telephone
(972) 789-1665 Facsimile

**ATTORNEYS FOR PLAINTIFF**
**DONALD WAYNE GOOD**

/s/ Paul K. Pearce, Jr.
**PAUL K. PEARCE, JR.**
State Bar No. 15683600
**TIMOTHY A. DUNN**
State Bar No. 24050542
MATTHEWS, STEIN, SHIELS,
PEARCE, KNOTT, EDEN & DAVIS, L.L.P.
8131 LBJ Freeway; Suite 700
Dallas, Texas 75251
(972) 234-3400 Telephone
(972) 234-1750 Facsimile

**ATTORNEY FOR DEFENDANTS
THE CITY OF IRVING, TEXAS,
IRVING POLICE DEPARTMENT,
CHIEF OF POLICE FOR THE CITY
OF IRVING AND FRED CURTIS**